AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Virgin Islands

| | |
|---|---|
| Craig Hendricks ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. D.C. CV. NO. 2010-011 |
| United States of America ) | |
| *Defendant* ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **U.S.P. Canaan, Waymart, PA 18472**.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My take-home pay or wages are: $ _____ per *(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

See attached statement of inmate account, showing approximate receipts from family, and possible future receipts.

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:   $  -0-   .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Irregular child support payments, when possible.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Craishauna, daughter
Julia, daughter

   Due to incarceration, child support payments are very infrequent.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

   Just child support. See No. 7.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 03/17/10

_____
Applicant's signature

Craig Hendricks
Printed name

# Inmate Statement



| Inmate Reg #: | 01904094 | Current Institution: | Canaan USP |
|---|---|---|---|
| Inmate Name: | HENDRICKS, CRAIG | Housing Unit: | CAA-B-A |
| Report Date: | 03/05/2010 | Living Quarters: | B02-206L |
| Report Time: | 1:58:26 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 2/28/2010 6:02:02 PM | TFN0228 | | | Phone Withdrawal | ($5.00) | | $0.81 |
| CAA | 2/15/2010 6:24:02 PM | TFN0215 | | | Phone Withdrawal | ($5.00) | | $5.81 |
| CAA | 2/13/2010 1:21:08 PM | TFN0213 | | | Phone Withdrawal | ($9.00) | | $10.81 |
| CAA | 2/9/2010 12:43:39 PM | 23 | | | Sales | ($30.30) | | $19.81 |
| CAA | 2/8/2010 5:30:14 PM | TFN0208 | | | Phone Withdrawal | ($18.00) | | $50.11 |
| CAA | 2/8/2010 8:15:28 AM | JIPP0110 | | | Payroll - IPP | $67.80 | | $68.11 |
| CAA | 2/3/2010 6:09:32 PM | TFN0203 | | | Phone Withdrawal | ($2.00) | | $0.31 |
| CAA | 1/31/2010 1:49:15 PM | TFN0131 | | | Phone Withdrawal | ($8.00) | | $2.31 |
| CAA | 1/26/2010 1:34:49 PM | 977 | | | BP 199 Request - Released | | $150.00 | -------- |
| CAA | 1/26/2010 1:34:49 PM | 977 | | 903 | Child Support | ($150.00) | | $10.31 |
| CAA | 1/10/2010 3:30:06 PM | TFN0110 | | | Phone Withdrawal | ($19.00) | | $160.31 |
| CAA | 1/7/2010 3:36:00 PM | TL0107 | | | TRUL Withdrawal | ($2.00) | | $179.31 |
| CAA | 1/7/2010 3:34:45 PM | 977 | | | BP 199 Request | | ($150.00) | -------- |
| CAA | 1/7/2010 3:24:48 PM | JIPP1209 | | | Payroll - IPP | $103.80 | | $181.31 |
| CAA | 1/6/2010 12:59:35 PM | 11 | | | Sales | ($23.10) | | $77.51 |
| CAA | 1/4/2010 9:03:48 AM | 33323210 | | | Western Union | $50.00 | | $100.61 |
| CAA | 1/3/2010 4:54:40 PM | TFN0103 | | | Phone Withdrawal | ($10.00) | | $50.61 |
| CAA | 12/29/2009 2:58:17 PM | TFN1229 | | | Phone Withdrawal | ($18.00) | | $60.61 |
| CAA | 12/28/2009 12:47:56 PM | 1 | | | Sales | ($194.60) | | $78.61 |
| CAA | 12/26/2009 5:05:36 PM | 33322610 | | | Western Union | $100.00 | | $273.21 |
| CAA | 12/25/2009 12:30:29 PM | TFN1225 | | | Phone Withdrawal | ($35.00) | | $173.21 |
| CAA | 12/23/2009 7:05:07 PM | TL1223 | | | TRUL Withdrawal | ($2.00) | | $208.21 |
| CAA | 12/23/2009 9:03:43 AM | 33322410 | | | Western Union | $200.00 | | $210.21 |
| CAA | 12/16/2009 6:15:34 PM | TFN1216 | | | Phone Withdrawal | ($4.00) | | $10.21 |
| CAA | 12/14/2009 12:59:29 PM | 33 | | | Sales | ($85.85) | | $14.21 |
| CAA | 12/13/2009 4:54:15 PM | TFN1213 | | | Phone Withdrawal | ($10.00) | | $100.06 |
| CAA | 12/12/2009 12:04:41 PM | 33321610 | | | Western Union | $100.00 | | $110.06 |
| CAA | 12/10/2009 2:35:25 PM | TFN1210 | | | Phone Withdrawal | ($10.00) | | $10.06 |
| CAA | 12/9/2009 3:33:34 PM | TFN1209 | | | Phone Withdrawal | ($20.00) | | $20.06 |
| CAA | 12/9/2009 2:04:41 PM | TFN1209 | | | Phone Withdrawal | ($10.00) | | $40.06 |
| CAA | 12/8/2009 6:18:08 PM | TFN1208 | | | Phone Withdrawal | ($8.00) | | $50.06 |
| CAA | 12/7/2009 9:59:48 AM | JFRP1209 | | | FRP Quarterly Pymt | ($25.00) | | $58.06 |
| CAA | 12/7/2009 9:57:23 AM | JIPP1109 | | | Payroll - IPP | $82.40 | | $83.06 |

| | | | | | |
|---|---|---|---|---|---|
| CAA | 11/10/2009 4:58:53 PM | 58 | Sales | ($9.80) | $0.66 |
| CAA | 11/10/2009 1:57:09 PM | TFN1110 | Phone Withdrawal | ($3.00) | $10.46 |
| CAA | 11/8/2009 7:28:25 PM | TFN1108 | Phone Withdrawal | ($2.00) | $13.46 |
| CAA | 11/7/2009 12:14:43 PM | TFN1107 | Phone Withdrawal | ($10.00) | $15.46 |
| CAA | 11/6/2009 10:07:48 AM | JIPP1009 | Payroll - IPP | $25.20 | $25.46 |
| CAA | 10/13/2009 1:45:07 PM | TFN1013 | Phone Withdrawal | ($3.00) | $0.26 |
| CAA | 10/11/2009 2:22:34 PM | TFN1011 | Phone Withdrawal | ($3.00) | $3.26 |
| CAA | 10/10/2009 1:34:37 PM | TFN1010 | Phone Withdrawal | ($3.00) | $6.26 |
| CAA | 10/10/2009 12:46:04 PM | TFN1010 | Phone Withdrawal | ($1.00) | $9.26 |
| CAA | 10/7/2009 2:10:39 PM | TFN1007 | Phone Withdrawal | ($9.00) | $10.26 |
| CAA | 10/7/2009 7:49:02 AM | JIPP0909 | Payroll - IPP | $18.90 | $19.26 |
| CAA | 10/6/2009 7:52:32 PM | TFN1006 | Phone Withdrawal | ($1.00) | $0.36 |
| CAA | 10/4/2009 1:56:26 PM | TFN1004 | Phone Withdrawal | ($2.00) | $1.36 |
| CAA | 10/3/2009 7:56:51 PM | TFN1003 | Phone Withdrawal | ($2.00) | $3.36 |
| CAA | 10/2/2009 8:26:36 AM | 36 | Sales | ($23.00) | $5.36 |
| CAA | 10/1/2009 4:49:19 PM | TFN1001 | Phone Withdrawal | ($20.00) | $28.36 |
| CAA | 10/1/2009 2:14:46 PM | TL1001 | TRUL Withdrawal | ($2.00) | $48.36 |

12

Total Transactions: 55   Totals: $0.81   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $0.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.81 |
| Totals: | $0.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.81 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $798.10 | $797.65 | $32.78 | $68.11 | $7.99 | N/A | N/A |

# DISTRICT COURT OF THE VIRGIN ISLANDS
## Clerk's Office

Wilfredo F. Morales
Clerk of the Court

Reply to:

☐ U.S. District Court
5500 Veteran's Drive
Charlotte Amalie, St. Thomas   00802-6424
Tel (340) 774-0640     Fax (340) 774-1293

☒ U.S. District Court
3013 Estate Golden Rock Lot 13
Christiansted, St. Croix   00820-4355
Tel (340) 773-1130     Fax (340) 773-1563

Date:   February 26, 2010

Craig Hendricks #01904-094
USP Canaan
P.O. Box 300
Waymart, PA 18472

cc:   Juan R. Sanchez, District Judge
Magistrate G.W. Cannon, Jr.
United States Attorney

Re:   D.C. CV. N0. 2010-011 (Related Case: D.C. CR. NO. 2004-005-01)

## NOTICE

Pursuant to *United States v. Thomas*, 221 F.3d 430 (3d Cir. 2000), you are advised that:

✓  1) you can have your motion ruled upon as filed;

____ 2) if your motion is **not** styled as a § 2255 motion you may have it recharacterized as a petition for a writ of habeas corpus pursuant to 28 U.S.C.A. § 2255 and heard as such, but may lose the ability to file second or successive petitions absent certification by the court of appeals; or

____ 3) you may withdraw your motion and file one all-inclusive § 2255 petition within the one-year statutory period prescribed by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA). If not filed within the one-year period, the petition may be barred as untimely. *See* Pub.L. No. 104-132, Title I, § 105, 110 Stat. 1214, 1220 (1996) (codified at 28 U.S.C.A. § 2255).

You are instructed to inform the Court no later than **March 30, 2010** of which option you wish to take.

If you consent to recharacterization of your motion to a § 2255 petition, you have thirty days after the court receives notice of your consent within which to supplement your claims.

You may indicate your choice by checking **one** of the options above, signing, dating, and returning this form to the Court within the stated deadline.

Sincerely,

Wilfredo F. Morales
Clerk of the Court

Date: 03/17/10

_____
Petitioner's Signature

March 19, 2010

U.S. District Court
3013 Estate Golden Rock Lot 13
Christiansted, St. Croix 00820-4655

Dear Clerk,

    As per the Court's instructions, please find my Notice of filing my Title 28 U.S.C. § 2255 and my IFP petition.

    Should you have any questions or concerns, please feel free to contact me.

                                      Sincerely yours,

                                      Craig Hendricks
                                      Reg. # 01904-094
                                      USP Caanan
                                      P.O. Box 300
                                      Waymart, PA 18472

RECEIVED 10 MAR 22 12:58