**IN THE DISTRICT COURT FOR THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

CRAIG HENDRICKS
Petitioner,

vs. Docket No.: 2004-0005

UNITED STATES OF AMERICA
Respondent.
______________________________/

## NOTICE OF CHANGE OF ADDRESS

Petitioner Craig Hendricks hereby provides notice of change of address as required per Court Rules. The new mailing address is:

Craig Hendricks
Reg. # 01904-094
USP Lompoc
3901 Klein Blvd
Lompoc, CA 93436

Done this 18 day of March 2011

Respectfully Submitted,

[signature]

Craig Hendricks
Reg. # 01904-094
USP Lompoc
3901 Klein Blvd
Lompoc, CA 93436

March 18, 2011

Certificate of Service

I hereby do certify that a true and correct copy of this Motion was mailed to: The District Court for the Virgin Islands, Division of St. Croix, 3013 Estate Golden Rock, Lot 13, Christiansted, USVI 00820-4355 by placing the same in the Federal Prison's Legal Mail Box, with sufficient First Class Postage.

Craig Hendricks
Reg. 01904094
USP Lompoc
3901 Klein Blvd
Lompoc, CA 93436

Craig Hembricks
Reg. 01904094
United States Penitentiary, B-Unit
3901 Klein Blvd.,
Lompoc, CA 93436

SANTA BARBARA
CA 931 1 1
21 MAR 2011 PM



⇔01904-094⇔
Clerk Of The District Court
3013 Estates Golden Rock,
Lot 13
Christiansted, VI - 00820 - 4355
United States

00820+4226