# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **CRAIG HENDRICKS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Criminal Action No. 2004-0005 |
| ) | Civil Action No. 2010-0011 |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**Attorneys:**
**Craig Hendricks,**
Beaumont, TX
    *Pro Se*

**Joycelyn Hewlett, Esq.,**
**David W. White, Esq.,**
St. Thomas, U.S.V.I.
**Alphonso G. Andrews, Jr., Esq.,**
St. Croix, U.S.V.I.
    *For the Government*

## ORDER

**UPON CONSIDERATION** of Petitioner Craig Hendricks' ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence and Conviction Pursuant to Title 28 U.S.C. § 2255 ("Motion to Vacate") (Dkt. No. 1237); Magistrate Judge Ruth Miller's Report and Recommendation ("R&R") recommending that the Court deny Petitioner's Motion to Vacate on all grounds (Dkt. No. 1355); and Petitioner's Objections to Magistrate Judge Miller's R&R (Dkt. No. 1358); and for the reasons set forth in the accompanying Memorandum Opinion filed contemporaneously herewith; it is hereby

**ORDERED** that Magistrate Judge Miller's R&R (Dkt. No. 1355) is **ACCEPTED** as modified as stated in the Memorandum Opinion accompanying this Order; and it is further

1

**ORDERED** that Petitioner's Motion to Vacate (Dkt. No. 1237) is **DENIED**; and it is further

**ORDERED** that Petitioner's request for any evidentiary hearing is **DENIED**; and it is further

**ORDERED** that the Court **DECLINES** to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that the Clerk of Court shall provide a copy of this Order and its accompanying Memorandum Opinion to Petitioner by certified mail, return receipt requested.

**SO ORDERED**.

Date: September 27, 2018 _____/s/_____
WILMA A. LEWIS
Chief Judge